■ In the Matter of BERNICE M. KIPFER, Deceased. JOSEPH D. KIPFER, as Administrator C.T.A. of the Estate of BERNICE M. KIPFER, Deceased, Respondent; ROBERT CARTER et al., Appellants. [761 NYS2d 564] —Appeal from an order of Surrogate's Court, Onondaga County (Wells, S.), entered May 10, 2002, which dismissed the objections to petitioner's final account.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Surrogate's Court, Onondaga County, Wells, S. Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.